**E-Filed 7/22/2010**

1

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2
First Library Square
1114 Fremont Avenue
3
South Pasadena, CA 91030-3227

4
Tel:  626-799-9797
Fax: 626-799-9795
5
TPRLAW@att.net

6
Attorneys for Plaintiff
J & J Sports Productions, Inc.
7

8
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
9
SAN JOSE DIVISION

10

11
J & J SPORTS PRODUCTIONS, INC.,        | CASE NO. 5:10-cv-01883-JF

12
            Plaintiff,                                    PLAINTIFF'S *EX PARTE*
13                                                         APPLICATION FOR AN ORDER
                v.                                         CONTINUING CASE MANAGEMENT
14                                                         CONFERENCE; AND ORDER
KIM THUY HO, et al.                                        ~~(Proposed)~~
15

16            Defendant.

17

18      TO  THE  HONORABLE  JEREMY  FOGEL,  THE  DEFENDANT/S  AND  HER

19   ATTORNEY/S OF RECORD:

20          Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Case

21   Management Conference presently set for July 30, 2010 at 10:30 AM.    As set forth below Plaintiff

22   respectfully requests that the Court continue the Case Management Conference to a new date

23   approximately Thirty (30) to Forty-Five (45) days forward.

24          The request for the brief continuance is necessitated by the fact that Plaintiff has not yet

25   perfected service of the initiating suit papers upon the Defendant Kim Thuy Ho a/k/a Kim Hung

26   Hoindividually and d/b/a Thoa Cafe.  As a result, Plaintiff's counsel has not conferred with the

27   defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues

28   involving the case itself or the preparation of a Case Management Conference Statement.

1
2
        Plaintiff recently identified an alternative address that it believes will be successful to serve

its initiating suit papers, upon the Defendant.

3
        **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

4
Management Conference, presently scheduled for July 30, 2010 at 10:30 AM to a new date

5
approximately Thirty (30) to Forty-Five (45) days forward.

6

7

8
                                        Respectfully submitted,

9

10

11

12
Dated: July 20, 2010                    */s/ Thomas P. Riley*_____
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**

13
                                        By: Thomas P. Riley
                                        Attorneys for Plaintiff

14
                                        J & J Sports Productions, Inc.

15

16
///

17
///

18
///

19
///

20
///

21
///

22
///

23
///

24
///

25
///

26
///

27
///

28
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 5:10-cv-01883-JF**

**ORDER** ~~(Proposed)~~

It is hereby ordered that the Case Management Conference in civil action number 5:10-cv-01883-JF styled *J & J Sports Productions, Inc. v. Kim Thuy Ho a/k/a Kim Hung Ho, et al.*, is hereby continued from 10:30 AM, July 30, 2010 to _____ September 17, 2010 ___ at 10:30 a.m. _____.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____                Dated:_____ 7/22/2010 _____
**THE HONORABLE JEREMY FOGEL**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 20, 2010, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Kim Thuy Ho a/k/a Kim Hung Ho (Defendant)
950 Story Road, B
San Jose, CA 95122

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 20, 2010, at South Pasadena, California.

Dated: July 20, 2010                    */s/ Maria Baird*
                                        **MARIA BAIRD**