1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KIM THUY HO, aka KIM HUNG HO, ) <br> individually and dba THOA CAFE, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 10-CV-01883-LHK <br><br> ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 |

  Based upon the Declaration of David J. Cook, Esq., and finding that Attorney Service of San Francisco is a registered process server, having filed a certificate of registration with the County Clerk, San Francisco County Superior Court, and otherwise authorized to perform the services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a private process server would serve the interest of justice in relieving the United States Marshal from effectuating certain types of services necessary to effectuate collection of the Judgment herein, and furthermore finding that the use of a process server is routine in the enforcement of a Judgment, and authorized by California law, which is applicable herein under Fed.R.Civ.Pro. 69 and Bkrtcy.C. § 7069, and upon ex parte application, and for good cause appearing, therefore,

  IT IS HEREBY ORDERED that Plaintiff may employ the services of Attorney Service of San Francisco to perform the duties and responsibilities of a levying officer as defined under C.C.P. § 699.080.

IT IS FURTHER ORDERED that Attorney Service of San Francisco shall comply with the requirements of the California Code of Civil Procedure in the enforcement of judgments, consistent with and in conformity to C.C.P. § 699.080.

DATED: July 5, 2011

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE